EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Elías Arroyo Rivera | 2005 TSPR 195<br><br>166 DPR \_\_\_\_ |

Número del Caso: TS-12,938


Fecha: 15 de diciembre de 2005


 Abogado del Peticionario:

                    Por Derecho Propio

Colegio de Abogados de Puerto Rico:

                    Lcdo. Israel Pacheco Acevedo
                    Secretario Ejecutivo

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Materia: Solicitud de Reinstalación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Elías Arroyo Rivera                    TS-12,938


RESOLUCIÓN


San Juan, Puerto Rico, a 15 de diciembre de 2005.


Acogido el escrito de Elías Arroyo Rivera como una moción de reconsideración y habiendo comparecido el Colegio de Abogados para informar que el 6 de diciembre de 2005 Arroyo Rivera cumplió con el pago de sus cuotas atrasadas, se accede a la solicitud y se ordena su reinstalación únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo